UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JACQUELINE BENJAMIN ET AL** | **CASE NO. 6:21-CV-00836** |
| **VERSUS** | **JUDGE JUNEAU** |
| **AVIS BUDGET CAR RENTAL LLC, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 16. After an independent review of the record and the applicable law, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss filed by Defendant Avis Budget Car Rental, LLC, Rec. Doc 7, be and hereby is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 11th day of June, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE